FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Derrick Cato Dixon**

**Docket No. 0:01CR00335-001(JMR)**

**Petition on Supervised Release**

RECEIVED
MAR 03 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **Joi C. Kvern**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Derrick Cato Dixon** who was sentenced for Conspiracy to Possess with Intent to Distribute in Excess of 50 Grams of Methamphetamine on August 23, 2002, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing and participate in drug treatment program

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On January 31, 2005, Mr. Dixon was arrested for Fifth Degree Domestic Assault by the New Hope, Minnesota, Police Department. The charges stem from an incident that occurred on October 30, 2005, when Mr. Dixon was in a halfway house under the custody of the Bureau of Prisons. The alleged victim of the assault, Melissa Wilson, is the offender's girlfriend of many years. He and Ms. Wilson do not live together. Mr. Dixon denies any wrongdoing and a preliminary hearing is scheduled for March 7, 2006, in Hennepin County.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

Mr. Dixon shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

ORDER OF THE COURT

Considered and ordered this 1st day of March 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joi C. Kvern
U.S. Probation Officer

Executed on February 24, 2006
Place Minneapolis

SCANNED
MAR 3 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission