Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Derrick Cato Dixon

Docket No. 0:01CR00335-001(JMR)

## HEARING WAIVER

I, Derrick Cato Dixon, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

Signed: [signature]

Derrick Cato Dixon
Supervised Releasee

Dated: 2-24-06

Witness: [signature]

SCANNED
MAR 3 2006
U.S. DISTRICT COURT MPLS