Derrick C. Dixon
6511 47th Ave N
Crystal,MN 55427

RECEIVED
08 JUL 18 PM 3:17
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Honorable James M. Rosenbaum:

Chief United States District Judge
300 South 4th Street
Minneapolis, MN 55415

Dear Judge Rosenbaum:

The reason I am writing this letter to you, is to make a request. Before I make the request of you I would like to point out a few things I have accomplished. When I first became incarcerated it was very hard for me to accept, but after mulling over my situation I figured I should make the best out of it. I realized I would not be incarcerated for long and I should prepare myself for when I was released. I found what programs were offered in prison and took advantage I have received my GED I have three little girls, and a 15 year old son . I took a parenting class, and received a certificate of completion of course. I have received a certificate for my CDL 1& 2.

When I was released from prison I immediately started to look for employment. I have successfully gained employment through Qwest Communications. I have maintained employment through the company for the last three years. Since my release I have taken the necessary steps to complete my training for my CDL. I know have my Class A License this is the career I would like to pursue.

The request I would like to consider is to release me from the remaining time I have left on parole. I adhere to all my conditions set by out by the courts and my probation officer. If at all possible please review my file and you will see I have not had no same or similar offenses. I have not had any UA 's come back negative.

I have my life in order now and I am doing things that I probably would have not done had I not been incarcerated. Being incarcerated has shown me that I had to step up and be a man and a better role model for my children. I know that being released from my parole will allow me to pursue my career as a Truck Driver. I have employment waiting for me after I complete 2 weeks of school left. That will require me to drive cross country I would like would like to apply for the position freely. My parole will only hinder that. The income would be great and would allow me to take better care of my family. So I plead to you Judge Rosenbaum, please review my case and find it in your heart for the time I have left on paper.

I have been in contact with probation officer Mrs. Joi Kvern it's under her advisement that I write this letter to you she explained to me what I should do and she

SCANNED
JUL 18 2008
U.S. DISTRICT COURT MPLS

would sign off on the rest of the time I have on parole. So with that said. I wait for your response. I also thank you in advance for taking the time to read my letter.

Sincerely,

Derrick C. Dixon