UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-335(01)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Derrick Cato Dixon | ) | |

This matter is before the Court on defendant's motion to terminate supervised release. Based on the files, records, and proceedings herein, the Court finds defendant qualifies for such relief.

Accordingly, IT IS ORDERED that defendant's motion is granted. The term of supervision shall terminate effective August 1, 2008.

Dated: July 22, 2008

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States District Judge